565 S.E.2d 763

**SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, Respondent,**

v.

**Cindy Jones HICKSON, Billy Hickson, and Destiny Danielle Hickson, DOB: 11/25/97, a minor under the age of eighteen (18) years, Defendants,**

**of whom Billy Hickson is, Petitioner.**

Supreme Court of South Carolina.

April 3, 2002.

## ORDER

The South Carolina Department of Social Services sought to terminate the parental rights of Cindy Hickson (Mother) and Billy Hickson (Father) to their minor child (Danielle). The family court terminated the parental rights of both parents. Mother did not appeal. Father appealed pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987). The Court of Appeals affirmed the termination of Father's parental rights. *South Carolina Dep't of Soc. Servs. v. Hickson*, Op. No.2001–UP–470 (S.C. Ct.App. filed November 1, 2001). Father then filed a petition for writ of certiorari, pursuant to *Cauthen*.

We deny Father's petition for writ of certiorari. However, we take this opportunity to hold that it is unnecessary to file a petition for writ of certiorari after a *Cauthen* appeal has been decided by the Court of Appeals. The filing of a *Cauthen* appeal ensures that the trial transcript will be reviewed for any possible issues of arguable merit. Thus, it is unnecessary to file a petition for writ of certiorari after the Court of Appeals has affirmed pursuant to *Cauthen*.

IT IS SO ORDERED.

/s/ Jean H. Toal, C.J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

/s/ Costa M. Pleicones, J.